PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*
00-567-01 and 04-363-01

DOCKET NUMBER *(Rec. Court)*
05-80006-TP-DMM

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Marc Collins Rector<br>1762 Wagon Wheel Drive<br>Boca Raton, FL 3343 i | New Jersey | |

NAME OF SENTENCING JUDGE

Mary L. Cooper

| DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>10/06/04 | TO<br>10/05/07 |
|---|---|---|

OFFENSE

Transportation of a Minor with Intent to Engage in Sexual Activities (00-567-01) and Travel in Interstate Commerce with Intent to Engage in Sexual Activities with a Minor (04-363-01)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE New Jersey

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_11-29-04_
*Date*

*Mary L. Cooper*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern District of Florida

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_1/12/05_
*Effective Date*

*United States District Judge*

PROB 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

DOCKET NUMBER
05-80006 T/P-DMM

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Marc Collins Rector<br>1762 Wagon Wheel Drive<br>Boca Raton, FL 33431 | New Jersey | |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Mary L. Cooper |

| DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>10/06/04 | TO |
|---|---|---|

**OFFENSE**

Transportation of a Minor with Intent to Engage in Sexual Activities (00-567-01) and Travel with Intent to Engage in Sexual Activities with a Minor (04-363-01)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE New Jersey

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_11-29-04_
Date

_Mary L. Cooper_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern District of Florida

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_1/18/05_
Effective Date

United States District Judge

```
MIME-Version:1.0
From:njdefiling@njd.uscourts.gov
To:njdefiling@njd.uscourts.gov
Bcc:brenda.bracey@usdoj.gov,david_schafer@fd.org,ecf_trenton@yahoo.com,marc.larkins@
Message-Id:<564194@njd.uscourts.gov>
Subject:Activity in Case 3:00-cr-00567-MLC USA v. COLLINS-RECTOR "Order"
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of New Jersey [LIVE]

Notice of Electronic Filing

The following transaction was received from lk, entered on 2/14/2005 at 1:35 PM EST and filed on 2/7/2005

| | |
|---|---|
| **Case Name:** | USA v. COLLINS-RECTOR |
| **Case Number:** | 3:00-cr-567 |
| **Filer:** | |
| **Document Number:** | 38 |

**Docket Text:**
ORDER Transfer of Probation jurisdiction to USDC for the Southern District of Florida as to MARC COLLINS-RECTOR . Signed by Judge Mary L. Cooper on 11/29/04. (lk)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=2/14/2005] [FileNumber=564192-0]
[a7100441d63d21670cef26f29a554ea71eee9ca83bf38fef3e6466bd11830ef9cc7f
f41121cc8623225fc5c76947e1ee4ad54d60dcbc102f01aad7f1f1121bc4]]

**3:00-cr-567-1 Notice will be electronically mailed to:**

MARC LARKINS     marc.larkins@usdoj.gov, brenda.bracey@usdoj.gov

DAVID E. SCHAFER     david_schafer@fd.org, ecf_trenton@yahoo.com

**3:00-cr-567-1 Notice will be delivered by other means to:**

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*
00-567-01 and 04-363-01

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Marc Collins Rector<br>1762 Wagon Wheel Drive<br>Boca Raton, FL 33431 | New Jersey | |

RECEIVED
FEB 7 2005
AT 8:30_____ M
WILLIAM T. WALSH
CLERK

| NAME OF SENTENCING JUDGE |  |  |
|---|---|---|
| Mary L. Cooper |  |  |

| DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>10/06/04 | TO<br>10/05/07 |
|---|---|---|

OFFENSE

Transportation of a Minor with Intent to Engage in Sexual Activities (00-567-01) and Travel in Interstate Commerce with Intent to Engage in Sexual Activities with a Minor (04-363-01)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE New Jersey

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_11·29·04_
*Date*

_Mary L. Cooper_
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern District of Florida

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_1/12/05_
*Effective Date*

_____
*United States District Judge*

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
........... COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By_____
                    Deputy Clerk

CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Trenton)
## CRIMINAL DOCKET FOR CASE #: 3:00-cr-00567-MLC-ALL
### Internal Use Only

Case title: USA v. COLLINS-RECTOR                    Date Filed: 08/29/2000

Assigned to: Judge Mary L. Cooper

**Defendant**

**MARC COLLINS-RECTOR** (1)                represented by   **STACY BIANCAMANO**
*TERMINATED: 10/06/2004*                                     OFFICE OF THE FEDERAL PUBLIC
                                                            DEFENDER
                                                            972 BROAD STREET
                                                            NEWARK, NJ 07101
                                                            (973) 645-6347
                                                            Email: stacy_biancamano@fd.org
                                                            *TERMINATED: 09/30/2004*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Public Defender or*
                                                            *Community Defender Appointment*

                                                            **DAVID E. SCHAFER**
                                                            FEDERAL PUBLIC DEFENDER'S
                                                            OFFICE
                                                            22 SOUTH CLINTON AVENUE
                                                            STATION PLAZA - 4TH FLOOR
                                                            TRENTON, NJ 08608
                                                            (609) 989-2160
                                                            Email: david_schafer@fd.org
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Public Defender or*
                                                            *Community Defender Appointment*

**Pending Counts**                                  **Disposition**

18:2423 KNOWING AND WILLFUL
TRANSPORT IN INTERSTATE                             Impr - time served; Supv rel - 3 yrs;
COMMERCE WITH THE INTENT                            Fine - $200; SA - $900 total
TO ENGAGE IN SEXUAL ACTIVITY
(5)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:2423 KNOWING AND WILLFUL
TRANSPORT IN INTERSTATE
COMMERCE WITH THE INTENT
TO ENGAGE IN SEXUAL ACTIVITY
(1-4)

**Disposition**

Dismissed on motion by the
government.

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

**Plaintiff**

USA                                    represented by **CAROLYN ANNE MURRAY**
UNITED STATES ATTORNEY'S
OFFICE
970 BROAD STREET
ROOM 702
NEWARK, NJ 07102
(973) 645-2920
*TERMINATED: 09/30/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MARC LARKINS**
OFFICE OF THE UNITED STATES
ATTORNEY
970 BROAD STREET
NEWARK, NJ 07102
(973)645-2704
Email: marc.larkins@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/29/2000 | 1 | SEALED INDICTMENT as to MARC COLLINS-RECTOR (1) count(s) 1-5 (dm) (Entered: 08/31/2000) |
| 08/29/2000 | 2 | ORDER as to MARC COLLINS-RECTOR, sealing indictment (Signed by Mag. Judge G. D. Haneke ) (dm) (Entered: 08/31/2000) |
| 08/29/2000 | | **Added Government Attorney Carolyn Murray as to MARC COLLINS-RECTOR (dm) (Entered: 08/31/2000) |

| 08/29/2000 | | ARREST WARRANT issued as to MARC COLLINS-RECTOR (dm) (Entered: 08/31/2000) |
|---|---|---|
| 08/29/2000 | 3 | NOTICE OF ALLOCATION AND ASSIGNMENT in Courtroom 5W Trenton ( before Judge Mary L. Cooper ) (dm) (Entered: 08/31/2000) |
| 08/29/2000 | | **JS2 Opening Card for MARC COLLINS-RECTOR (km) (Entered: 08/16/2002) |
| 10/28/2003 | 4 | Minutes of 10/28/03 before Mag. Judge Ronald J. Hedges: Court indicated initial appearance of deft adjourned to 10/29/03, 10:30AM. (Court Reporter/ESR: TAPE 03-36) (ms) (Entered: 11/03/2003) |
| 10/29/2003 | 5 | Minutes of 10/29/03 before Mag. Judge Ronald J. Hedges: Initial Appearance held. Detention Hearing set for 10:30 10/30/03; (Defendant informed of rights.) , Hearing on deft's appl for appointment of counsel; Ordered granted; AFPD appointed as counsel. (TAPE 03-36) (ms) (Entered: 11/03/2003) |
| 10/29/2003 | 6 | CJA 23 FINANCIAL AFFIDAVIT by MARC COLLINS-RECTOR. (ms) (Entered: 11/03/2003) |
| 10/29/2003 | 7 | ORDER appointing Federal Public Defender as counsel for deft. (Signed by Mag. Judge Ronald J. Hedges) (ms) (Entered: 11/03/2003) |
| 10/30/2003 | 8 | Minutes of 10/30/03 before Mag. Judge Ronald J. Hedges: Hering on deft's appl to set Bail. Ordered bail denied. , Ordered deft remanded pending trial. (TAPE 03-38) (ms) (Entered: 11/03/2003) |
| 10/30/2003 | 9 | ORDER OF DETENTION. (Signed by Mag. Judge Ronald J. Hedges) (NM) (ms) (Entered: 11/03/2003) |
| 11/03/2003 | | **Added for deft: Attorney STACY BIANCAMANO, AFPD. (ms) (Entered: 11/03/2003) |
| 11/05/2003 | 10 | Minutes of 11/5/03 before Judge Mary L. Cooper as to MARC COLLINS-RECTOR, Arraignment Held. Defendant(s) pleads NOT GUILTY TO INDICTMENT; Motion Filing set for 12/5/03; Trial with jury set for 9:00 1/6/04; Responses to Motions due 11/15/03 Motion Return Date 12/17/03 ; Appl. by Govt for mental competency hrn.; No opposition by deft. Ordered appl. granted (ESR: Philippi) (lk) (Entered: 11/07/2003) |
| 11/05/2003 | 11 | ORDER Unsealing Indictment as to MARC COLLINS-RECTOR (lk) (Entered: 11/07/2003) |
| 11/05/2003 | 12 | PETITION & ORDER as to MARC COLLINS-RECTOR (Signed by Judge Mary L. Cooper) (NM) (SEALED) (lk) (Entered: 11/07/2003) |
| 11/05/2003 | 13 | Order for Discovery and Inspection. (signed by Judge Mary L. Cooper) (NM) (lk) (Entered: 11/07/2003) |
| 11/12/2003 | 14 | CONSENT ORDER as to MARC COLLINS-RECTOR, for Psychiatric Exam (Signed by Judge Garrett E. Brown, Jr. for Judge Mary L. Cooper) (NM) (SA) (Entered: 11/12/2003) |

| | | |
|---|---|---|
| 12/05/2003 | 15 | Notice of MOTION by MARC COLLINS-RECTOR Complex Case , Govt to supply Rector's certain prison records , for Disclosure of statements made by defendant , Govt to comply with deft's inspection of exhibits , for Bail review hearing , Govt. to provide 404(b) material , for Disclosure of Brady Material , for leave to file additional motions , to dismiss case. etc. , Motion Hearing set for 10:00 12/17/03 as to: MARC COLLINS-RECTOR, re: (15-1), (15-2), (15-3), (15-4), (15-5), (15-6), (15-7), (15-8), (15-9) (PO subm) (lk) (Entered: 12/08/2003) |
| 01/13/2004 | 16 | LETTER ORDER as to MARC COLLINS-RECTOR granting request to extend evaluation period . Signed by Judge Mary L. Cooper on 1/13/04. (lk, ) (Entered: 01/26/2004) |
| 01/27/2004 | 17 | BRIEF in Opposition by USA as to MARC COLLINS-RECTOR re [15] Motion for Miscellaneous ReliefMotion for DisclosureMotion for DisclosureMotion for DisclosureMotion for Miscellaneous ReliefMotion for Miscellaneous ReliefMotion for Miscellaneous ReliefMotion for Miscellaneous ReliefMotion for Miscellaneous ReliefMotion for Miscellaneous ReliefMotion for Miscellaneous ReliefMotion for Miscellaneous ReliefMotion for Miscellaneous ReliefMotion for DisclosureMotion for DisclosureMotion for DisclosureMotion for Leave to FileMotion for Leave to FileMotion for Leave to FileMotion to DismissMotion to DismissMotion to Dismiss (LARKINS, MARC) (Entered: 01/27/2004) |
| 03/16/2004 | 18 | MOTION for Bond by MARC COLLINS-RECTOR. (SCHAFER, DAVID) (Entered: 03/16/2004) |
| 03/16/2004 | | Setting Motion as to MARC COLLINS-RECTOR 18 MOTION for Bond. Motion Hearing set for 3/26/2004 09:30 AM in Trenton - Courtroom 5W before Judge Mary L. Cooper. (lk, ) (Entered: 03/16/2004) |
| 03/24/2004 | 19 | TRANSCRIPT of Proceedings as to MARC COLLINS-RECTOR held on 10/29/03 before Judge Ronald J. Hedges. (First page only/transcript on paper) (lk, ) (Entered: 03/25/2004) |
| 03/24/2004 | 20 | TRANSCRIPT of Proceedings as to MARC COLLINS-RECTOR held on 10/28/03 before Judge Ronald J. Hedges. (First page only/transcript on paper)(lk, ) (Entered: 03/25/2004) |
| 03/25/2004 | 21 | RESPONSE to Motion by USA as to MARC COLLINS-RECTOR re 18 MOTION for Bond (LARKINS, MARC) (Entered: 03/25/2004) |
| 03/26/2004 | 28 | Minute Entry for proceedings held before Judge Mary L. Cooper:Motion Hearing as to MARC COLLINS-RECTOR held on 3/26/2004 re 18 MOTION for Bond. Ordered application granted with certain conditions. Ordered trial date set for 7/7/04. (ESR: MORELLI.) (eh) (Entered: 10/05/2004) |
| 04/29/2004 | 22 | AFFIDAVIT by MARC COLLINS-RECTOR (Attachments: # 1 Motion to Hospitalize Defendant at a FMC)(SCHAFER, DAVID) (Entered: 04/29/2004) |

| 06/10/2004 | ⊃29 | Minute Entry for proceedings held before Judge Mary L. Cooper:Plea Agreement Hearing as to MARC COLLINS-RECTOR held on 6/10/2004.Plea: Guilty - Ct 1. Sentencing set for 9/9/2004 01:00 PM. (ESR: PHILLIPPI.) (eh) (Entered: 10/05/2004) |
|---|---|---|
| 06/10/2004 | ⊃30 | PLEA AGREEMENT as to MARC COLLINS-RECTOR (eh) (Entered: 10/05/2004) |
| 06/10/2004 | ⊃32 | APPLICATION for permission to enter Plea of guilty (eh) (Entered: 10/06/2004) |
| 06/16/2004 | ⊃23 | TRANSCRIPT of Proceedings as to MARC COLLINS-RECTOR held on 3/26/2004 before Judge Mary L. Cooper. Court Reporter: Mark Morelli. For full transcript, see clerks file. (tp) (Entered: 06/16/2004) |
| 08/11/2004 | ⊃24 | ORDER granting 18 Motion for Bond, upon conditions set forth in Order of Release. Signed by Judge Mary L. Cooper on 3/26/04. (Received 3/26/04) (ck) (Entered: 08/11/2004) |
| 08/11/2004 | ⊃25 | ORDER Setting Conditions of Release as to MARC COLLINS-RECTOR (1) $1,000,000 Secured Appearance bond . Signed by Judge Mary L. Cooper on 3/26/04. (ck) (Entered: 08/11/2004) |
| 08/11/2004 | ⊃26 | ORDER allowing certain studies to be conducted . Signed by Judge Mary L. Cooper on 6/10/04. (Received 6/10/04) (ck) (Entered: 08/11/2004) |
| 09/30/2004 | ⊃27 | ORDER setting video cnf for 10/5/04 at 2:00pm. Signed by Judge Mary L. Cooper on 9/30/4. (eh) (Entered: 09/30/2004) |
| 09/30/2004 | ⊃ | Attorney update: Attorney MARC LARKINS for USA added. Attorney STACY BIANCAMANO and CAROLYN ANNE MURRAY terminated. (eh, ) (Entered: 09/30/2004) |
| 10/05/2004 | ⊃31 | Minute Entry for proceedings held before Judge Mary L. Cooper:Status Conference as to MARC COLLINS-RECTOR held on 10/5/2004. Sentencing set for 10/6/2004 01:00 PM via video conference. (ESR: PHILLIPPI.) (eh) (Entered: 10/05/2004) |
| 10/06/2004 | ⊃33 | Minute Entry for proceedings held before Judge Mary L. Cooper:Sentencing held on 10/6/2004 for MARC COLLINS-RECTOR (1), Counts 1-4: Dismissed on motion by the government. Count 5: Impr - Time served; Supv rel - 3 yrs; Fine - $200; SA - $900 total. (ESR: PHILLIPPI.) (eh, ) (Entered: 10/29/2004) |
| 10/06/2004 | ⊃34 | JUDGMENT as to MARC COLLINS-RECTOR (1), Count(s) 1-4, Dismissed on motion by the government.; Count(s) 5, Impr - time served; Supv rel - 3 yrs; Fine - $200; SA - $900 total . Signed by Judge Mary L. Cooper on 10/6/04. (eh, ) (Entered: 10/29/2004) |
| 10/29/2004 | | ***Case Terminated (eh) (Entered: 11/01/2004) |
| 11/17/2004 | ⊃36 | TRANSCRIPT of Sentencing as to MARC COLLINS-RECTOR held on 10/6/2004 before Judge Mary L. Cooper. Court Reporter: Todd Phillippi. PLEASE NOTE: The complete transcript of these proceedings is |

| | | |
|---|---|---|
| | | maintained in paper format on file in the Clerks Office. To request copies of this transcript, contact the Official Court Reporter or Transcription Service who prepared the transcript. (tp ) (Entered: 12/03/2004) |
| 11/17/2004 | ◑37 | TRANSCRIPT of Plea Hearing as to MARC COLLINS-RECTOR held on 6/10/2004 before Judge Mary L. Cooper. Court Reporter: Todd Phillippi. PLEASE NOTE: The complete transcript of these proceedings is maintained in paper format on file in the Clerks Office. To request copies of this transcript, contact the Official Court Reporter or Transcription Service who prepared the transcript. (tp ) (Entered: 12/03/2004) |
| 11/29/2004 | ◑35 | PETITION & ORDER modifying conditions of supervised release as to MARC COLLINS-RECTOR . Signed by Judge Mary L. Cooper on 11/29/04. (ck) (Entered: 11/30/2004) |
| 02/07/2005 | ◑38 | ORDER Transfer of Probation jurisdiction to USDC for the Southern District of Florida as to MARC COLLINS-RECTOR . Signed by Judge Mary L. Cooper on 11/29/04. (lk) (Entered: 02/14/2005) |
| 02/07/2005 | ◑ | Probation Jurisdiction Transferred to Southern District of Florida as to MARC COLLINS-RECTOR Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (lk) (Entered: 02/14/2005) |
| 02/14/2005 | ◑39 | Letter from Clerk re: transfer of probation (lk) (Entered: 02/14/2005) |

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By_____
Deputy Clerk

USAO NO. 1999RO1148
cam

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY **FILED**

CW-S&7(MLC)   AUG 2 9 2000

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. |
| v. | : | 18 U.S.C. §§ 2423 (a) and 2 |
| MARC COLLINS-RECTOR | : | <u>INDICTMENT</u> |

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

<u>COUNT ONE</u>

1.  At all times relevant to this Indictment, the victim, J.W., had not attained the age of 18 years and resided in the State of New Jersey.

2.  At times relevant to this Indictment, defendant Marc Collins-Rector resided in the State of Michigan.

3.  At times relevant to this Indictment, defendant Marc Collins-Rector resided in the State of California.

4.  At all times relevant to this Indictment, defendant Marc Collins-Rector was more than ten years older than J.W.

5.  On various occasions between the fall of 1993 and May, 1997, defendant Marc Collins-Rector caused the victim to be transported from New Jersey to Michigan, California, and elsewhere to engage in illegal sexual activity.

6.   In or about the fall of 1993, in Hunterdon County, in the District of New Jersey and elsewhere, the defendant

MARC COLLINS-RECTOR

did knowingly and willfully transport J.W. in interstate commerce, namely between New Jersey and Michigan, with the intent that J.W. engage in sexual activity that constituted a criminal offense, as set forth in Chapter 750 of the Michigan Penal Code, Section 520 et seq.

In violation of Title 18, United States Code, Sections 2423(a) and 2.

2

<u>COUNT TWO</u>

1.   Paragraphs 1 through 5 of Count One are realleged and incorporated herein.

2.   In or about May, 1994, in Hunterdon County, in the District of New Jersey and elsewhere, the defendant

MARC COLLINS-RECTOR

did knowingly and willfully transport J.W. in interstate commerce, namely between New Jersey and Michigan, with the intent that J.W. engage in sexual activity that constituted a criminal offense, as set forth in Chapter 750 of the Michigan Penal Code, Section 520, <u>et seq</u>.

In violation of Title 18, United States Code, Sections 2423(a) and 2.

3

### COUNT THREE

1.   Paragraphs 1 through 5 of Count One are realleged and incorporated herein.

2.   In or about May, 1995, in Hunterdon County, in the District of New Jersey and elsewhere, the defendant

MARC COLLINS-RECTOR

did knowingly and willfully transport J.W. in interstate commerce, namely between New Jersey and Michigan, with the intent that J.W. engage in sexual activity that constituted a criminal offense, as set forth in Chapter 750 of the Michigan Penal Code, Section 520, et seq.

In violation of Title 18, United States Code, Sections 2423(a) and 2.

4

<u>COUNT FOUR</u>

1.    Paragraphs 1 through 5 of Count One are realleged and incorporated herein.

2.    In or about May and June, 1996, in Hunterdon County, in the District of New Jersey and elsewhere, the defendant

MARC COLLINS-RECTOR

did knowingly and willfully transport J.W. in interstate commerce, namely between New Jersey and California, with the intent that J.W. engage in sexual activity that constituted a criminal offense, as set forth in Title 9 of the California Penal Code, Section 288a.

In violation of Title 18, United States Code, Sections 2423(a) and 2.

5

<u>COUNT FIVE</u>

1.    Paragraphs 1 through 5 of Count One are realleged and incorporated herein.

2.    In or about August, 1996, in Hunterdon County, in the District of New Jersey and elsewhere, the defendant

MARC COLLINS-RECTOR

did knowingly and willfully transport J.W. in interstate commerce, namely between New Jersey and California, with the intent that J.W. engage in sexual activity that constituted a criminal offense, as set forth in Title 9 of the California Penal Code, Section 288a.

In violation of Title 18, United States Code, Sections 2423(a) and 2.

A TRUE BILL

_FOREPERSON_

ROBERT J. CLEARY
United States Attorney

I CERTIFY that the above and
foregoing is a true and correct copy
of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By
                    Deputy Clerk

6

AO 245 B (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

MARC COLLINS-RECTOR

Defendant.

Case Number  CR00-567(MLC)
CR04-363(MLC)

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, MARC COLLINS-RECTOR, was represented by David Schafer, AFPD.

On motion of the United States the court has dismissed counts 1-4 from CR00-567.

The defendant pled guilty to count 5 of the INDICTMENT in CR00-567 and counts 1-8 of the INFORMATION in CR04-363 on June 10, 2004. Accordingly, the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date of Offense | Count Numbers |
|---|---|---|---|
| 18:2423(a) | TRANSPORTATION OF A MINOR WITH INTENT TO ENGAGE IN SEXUAL ACTIVITIES | May 1996 | 5 from CR00-567 |
| 18:2422(a) | TRAVEL IN INTERSTATE COMMER CE WITH INTENT TO ENGAGE IN SEXUAL ACTIV ITIES WITH A MINOR | June 1995 - July 1999 | 1,3,5&7 from CR04-363 |
| 18:2423(a) | TRANSPORTATION OF A MINOR WITH INTENT TO ENGAGE IN SEXUAL ACTIVITIES | June 1995 - July 1999 | 2,4,6&8 from CR04-363 |

As pronounced on October 6, 2004, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $900, for count 5 from CR00-567, and counts 1-8 from CR04-363, which shall be due immediately. Said special assessment shall be made payable to the Clerk, U.S. District Court.

Signed this the  6  day of October, 2004.

MARY L. COOPER
United States District Judge

RECEIVED

OCT  6 2004
7:20
AT 8:30
WILLIAM T. WALSH      M

AO 245 B (Rev. 12/03) Sheet 2 - Imprisonment

Defendant:     MARC COLLINS-RECTOR                          Judgment – Page 2 of 6
Case Number:   CR00-567/CR04-363

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of time served.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

Judgment – Page 3 of 6

Defendant: MARC COLLINS-RECTOR
Case Number: CR00-567/CR04-363

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years.

Within 72 hours of release from custody of the Bureau of Prisons, the defendant shall report in person to the Probation Office in the district to which the defendant is released.

While on supervised release, the defendant shall comply with the standard conditions that have been adopted by this court (on the next page).

The defendant shall submit to one drug test within 15 days of commencement of supervised release and at least two tests thereafter as determined by the probation officer.

If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine, assessments, costs, and restitution that remains unpaid at the commencement of the term of supervised release and shall comply with the following special conditions:

The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment if directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, if directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income.

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

The defendant is prohibited from incurring any new credit charges or opening additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with a payment schedule for any fine obligation. The defendant shall not encumber or liquidate interest in any assets unless it is in direct service of the fine obligation or otherwise has the express approval of the Court.

The defendant shall follow the directions of the U.S. Probation Office regarding any contact with children of either sex, under the age of 18. The defendant shall not obtain employment or perform volunteer work which includes, as part of its job/work description, contact with minor children. The defendant shall not maintain, within his or her residence or within any outside establishment within his/her control or custody, a collection of films, slides, pictures, tapes, videotapes or other form of pictorial representation whose subject matter involves minor children of either sex and can be deemed to be pornographic. The probation officer shall have the right of reasonable search of the defendant, his/her residence, or any other establishment within the defendant's custody or control, and shall, if necessary, request the assistance of other law enforcement personnel to enforce the provisions of this special condition.

The defendant shall register with the state sex offender registration agency in any state where the defendant resides, is employed, carries on a vocation, or is a student, as directed by the probation officer.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

AO 245 B (Rev. 12/03) Sheet 3 - Supervised Release

Judgment – Page 4 of 6

Defendant:      MARC COLLINS-RECTOR
Case Number:   CR00-567/CR04-363

The defendant shall submit to an initial inspection by the probation office, and to any unannounced examinations during supervision, of the defendant's computer equipment. The defendant shall allow the installation on the defendant's computer of any hardware or software systems which monitor computer use. The defendant shall abide by the standard conditions of computer monitoring that have been adopted by this court.

The defendant will be supervised in the district of residence.

AO 245 B (Rev. 12/03) Sheet 3a - Supervised Release

Judgment – Page 5 of 6

Defendant:     MARC COLLINS-RECTOR
Case Number:   CR00-567/CR04-363

## STANDARD CONDITIONS OF SUPERVISED RELEASE

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall not commit another federal, state, or local crime during the term of supervision.

2) The defendant shall not illegally possess a controlled substance.

3) If convicted of a felony offense, the defendant shall not possess a firearm or destructive device.

4) The defendant shall not leave the judicial district without the permission of the court or probation officer.

5) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.

6) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

7) The defendant shall support his or her dependents and meet other family responsibilities.

8) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

9) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment.

10) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.

11) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

12) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

13) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

14) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

15) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

16) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

*For Official Use Only - - - U.S. Probation Office*

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions, and have been provided a copy of them.

You shall carry out all rules, in addition to the above, as prescribed by the Chief U.S. Probation Officer, or any of his associate Probation Officers.

(Signed) _____

                            Defendant                              Date

_____

       U.S. Probation Officer/Designated Witness              Date

AO 245 B (Rev. 12/03) Sheet 5 - Fine

Defendant:      MARC COLLINS-RECTOR
Case Number:   CR00-567/CR04-363

Judgment – Page 6 of 6

## FINE

The defendant shall pay a fine of $200.

This fine is due immediately and shall be paid in monthly installments of no less than $25 to commence 30 days after the date of this judgment.

The Court determines that the defendant does not have the ability to pay interest and therefore waives the interest requirement pursuant to 18 U.S.C. § 3612(f)(3).

I HEREBY CERTIFY that the above and
foregoing is a true and correct copy
of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By _____
Deputy Clerk

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. § 3614.

Unless the court has expressly ordered otherwise. if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal. (5) community restitution. (6) fine interest, (7) penalties. and (8) costs, including cost of prosecution and court costs.